114 A.3d 412

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Timothy M. CURLEY, Petitioner.**

**Nos. 27 and 28 MM 2015.**

Supreme Court of Pennsylvania.

May 6, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 6th day of May, 2015, the Application to File Under Seal and the Application for Leave to File Response are **GRANTED,** and the Application for Extraordinary Relief is **DENIED, WITHOUT PREJUDICE** to Petitioner's challenges pending in the Superior Court. *See Commonwealth v. Curley*, 299 MDA 2015; *Commonwealth v. Curley*, 12 MDM 2015.

Justice STEVENS joins the Order in all respects, except that he would deny the application to file under seal.